**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2350**

_____

MONICA B. YOUNG,

                              Plaintiff - Appellant,

        versus

HALIFAX COUNTY DEPARTMENT OF SOCIAL SERVICES,

                              Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CA-01-95-4-H)

_____

Submitted:  January 31, 2002          Decided:  February 6, 2002

_____

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Monica B. Young, Appellant Pro Se.  Jeffery L. Jenkins, Halifax, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Monica B. Young appeals from the district court's order denying relief on her motion for reconsideration of a previous order denying her motion for default judgment and dismissing her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Young v. Halifax County Dep't of Soc. Servs.</u>, No. CA-01-95-4-H (E.D.N.C. Oct. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>